**Lettie E. CLARK, Individually (Clair U. Clark, Deceased), Appellee, v. UNITED STATES of America, Appellant.**

**No. 7676.**

Circuit Court of Appeals, Sixth Circuit.
April 7, 1937.

John C. Lehr, U. S. Atty., of Detroit, Mich.

Victor C. Anderson, of Lansing, Mich., and George F. Anderson, of Kansas City, Mo., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause coming on for hearing upon the certificate of the deputy clerk of the United States District Court for the Eastern District of Michigan, Northern Division, at Bay City, Mich., and a stipulation entered into by counsel for the respective parties in the above-entitled cause, and the court being fully advised in the premises, it is ordered and adjudged that the instant case be docketed and dismissed without costs to either party.

**COMMISSIONER OF INTERNAL REVENUE v. FIDELITY & COLUMBIA TRUST COMPANY, Trustee for Mrs. Leo Thieman.**

**No. 7197.**

Circuit Court of Appeals, Sixth Circuit.
May 12, 1937.

Frank J. Wideman, Robert H. Jackson, and Sewall Key, all of Washington, D. C., for petitioner.

Mason, Spalding & McAtee, of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation appearing in the record on appeal and cross-appeal in cases Nos. 7190 and 7191, Fidelity and Columbia Trust Company v. Commissioner of Internal Revenue, and Commissioner of Internal Revenue v. Fidelity and Columbia Trust Company, 90 F.(2d) 219, it is now here ordered, adjudged and decreed by this court that the order or decree of the said Board of Tax Appeals in this cause be, and the same is hereby, affirmed under authority of the aforesaid cases.